IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY FUENTES,

    Petitioner,                    No. CIV S-11-2225 JAM GGH P

    vs.

F. X. CHAVEZ,                        <u>ORDER</u>

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner now moves for appointment of counsel.

        In light of the length of petitioner's sentence and his alleged mental deficiencies, the court has determined that the interests of justice require appointment of counsel for the limited purpose of adjudicating respondent's motion to dismiss. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for appointment of counsel (Doc. No. 16) is granted;

        2. The Federal Defender is appointed to represent petitioner for the limited purpose of adjudicating respondent's motion to dismiss;

1

3.  The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender; and

4.  Respondent's motion to dismiss (Doc. No. 9) is vacated subject to automatic reinstatement upon: (1) entry of an appearance by counsel for the petitioner; and (2) the filing of respondent's notice of hearing on the motion to dismiss, pursuant to Local Rule 230(b).

DATED: March 12, 2012

                        /s/ Gregory G. Hollows
                   UNITED STATES MAGISTRATE JUDGE

ggh:rb
fuen2225.110A